**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CLIFFORD BOND, *et al.*,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-8249** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 4th day of November, 2026, upon consideration of the submission by Clifford and Lorraine Bond, which has been docketed as a Complaint (ECF No. 1), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction for the reasons stated in the Court's Memorandum.

2. Any requests for relief contained in the filing are **DISMISSED AS MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.